IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW WILCH, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.<br>: 1:16-CV-1951-LMM |
| THE LANDSCAPE GROUP, INC., and<br>FRANK C. SCHAFFER, SR., | : |
| Defendants. | : |

**ORDER**

On September 5, 2017, this Court granted Plaintiff's counsel's Motion for Withdrawal and ordered Plaintiff to advise this Court in writing—within 30 days of that Order—whether he wished to proceed *pro se* or obtain new counsel. Plaintiff did not respond. Therefore, the Court **DISMISSES** this action **without prejudice** for want of prosecution and failure to follow an order of this Court. See LR 41.3(A), NDGa. Dismissal without prejudice is also warranted because Plaintiff has failed to keep the clerk's office informed of address changes. See LR 41.2(B), NDGa.

**IT IS SO ORDERED** this 13th day of October, 2017.

_____
**Leigh Martin May**
**United States District Judge**