UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MATTHEW WILCH,

        Plaintiff

vs.

THE LANDSCAPE GROUP, INC. et al,

        Defendants

CIVIL ACTION FILE

NO. 1:16-cv-1951-LMM

## J U D G M E N T

This action having come before the court, Leigh Martin May, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** for want of prosecution and failure to comply with a court order.

Dated at Atlanta, Georgia this 13th day of October, 2017.

        JAMES N. HATTEN
        CLERK OF COURT


By:  s/ Harry F. Martin
     Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   October 13, 2017
James N. Hatten
Clerk of Court


By: s/ Harry F. Martin
     Deputy Clerk